1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

FRANK MONACO BAZZO,

Petitioner,

v.

STU SHERMAN, Warden,

Respondent.

Case No. EDCV 20-02095 CJC (RAO)

JUDGMENT

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED: October 9, 2020

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE